

**FILED**
DISTRICT COURT OF GUAM
APR -5 2007
MARY L.M. MORAN
CLERK OF COURT

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICTS OF GUAM AND NMI

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **November 20, 1996**, as Instrument number **555344** is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: William M. Cruz  Address: Tamuning, Guam 96931
SSN: XXX-XX-7656
DOB: XX-XX-1951

Court Imposing Judgment: U.S. District Court of Guam
Court Number: CIV 96-00071

Amount of Judgment: $18,700.00 + $2,531.58 int. to 08/20/96 + 4.0% int. to 11/18/96 + 5.46% int. thereafter + 10% SURCHARGE + $120.00 Costs

Place of filing: Guam

WITNESS my hand at Hagåtña, Guam, on this, the 5th day of April, 2007.

MARIVIC P. DAVID
Assistant U.S. Attorney